United States District Court
Southern District of Texas
**ENTERED**
July 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Peter Boon** | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-01040 |
| | § | |
| **Life Insurance Company of North America, Defendant** | § | |
| | § | |
| | § | |

ORDER OF DISMISSAL PURSUANT
TO FRCP 41(a)(1)(A)(i)

Pursuant to the plaintiff's voluntary dismissal the Court hereby Orders that this case is dismissed without prejudice to refiling.

_____
United States District Judge

Date: July 20, 2021 _____